Frances COBIAN, Plaintiff–Appellant,

v.

NEW YORK CITY, Administration for Children's Services, Nicholas Scopetta, Commissioner, Morris Heney, Director of the Office of Contract Agency Case management, and Jason Turner, Commissioner, Human Resources, Defendants–Appellees.

Docket No. 01–7575.

United States Court of Appeals, Second Circuit.

Dec. 21, 2001.

Frances Cobian, Pro se.

Ronald E. Sternberg, Assistant Corporation Counsel, (Michael D. Hess, Corporation Counsel of the City of New York, on the brief), Office of the Corporation Counsel for the City of New York, New York, NY, for Appellee.

Present LEVAL, CABRANES, STRAUB, Circuit Judges.

## SUMMARY ORDER

UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the judgment of said District Court be and is AFFIRMED.

Frances Cobian appeals from an order entered by the United States District Court for the Southern District of New York (Kimba M. Wood, *Judge*), adopting the Report and Recommendation of Magistrate Judge Andrew J. Peck dated December 6, 2000, and granting defendants-appellees' motion for summary judgment. The District Court held that (1) Cobian's Title VII and ADA claims relating to actions taken before December 27, 1997 (i.e., 300 days before her October 23, 1998 EEOC charge) are time-barred; (2) Cobian's claims regarding her niece's custody are barred by the domestic relations exception and the *Rooker Feldman* doctrine; (3) Cobian failed to establish a prima facie case of discrimination on the basis of race, national origin or disability; and (4) Cobian failed to establish a prima facie case of retaliation. We affirm for substantially the reasons stated in Magistrate Judge Peck's thorough and well-reasoned Report and Recommendation. *See Cobian v. New York City*, No. 99 Civ. 10533, 2000 WL 1782744 (S.D.N.Y. Dec.6, 2000).